UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07094
    ERNESTO NICASIO
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6003

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/19/07 and confirmed on 06/22/07.

    2.  The case was converted to Chapter 7 after confirmation, 04/25/2008.

    3.  The Debtor paid a total of $  11090.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 7142.97 | .00 | 7142.97 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 712.83 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | 3595.04 | .00 | 3595.04 |
| BRANDYWINE TOWNE HOUSES | SECURED | .00 | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED VEHIC | 1864.00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9080.04 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3433.40 | .00 | .00 |
| B REAL LLC | UNSECURED | 7427.67 | .00 | .00 |
| B REAL LLC | UNSECURED | 507.86 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3054.16 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1511.74 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7611.21 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2749.87 | .00 | .00 |
| MIDWEST TITLE LOANS | UNSECURED | 43.93 | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13314.84 | .00 | 35419.88 | .00 | 48734.72 |
| PRINCIPAL PAID | 10738.01 | .00 | .00 | .00 | 10738.01 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10738.01 | .00 | .00 | .00 | 10738.01 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    700.00  direct and $       .00  through the plan.

The Trustee received $    351.99 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 07094 ERNESTO NICASIO